# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JASON WILLIAM TYLER,

  Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and WESTLAKE SERVICES, LLC,

  Defendants.

_____/

CASE NO.: 8:24-cv-02534-VMC-NHA

## NOTICE OF SETTLEMENT AS TO DEFENDANT, WESTLAKE SERVICES, LLC

COMES NOW Plaintiff, JASON WILLIAM TYLER, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, WESTLAKE SERVICES, LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 18th day of February, 2025.

**/s/ Octavio Gomez**
Octavio "Tav" Gomez, Esq.
Florida Bar #: 0338620
Georgia Bar #: 617963
Pennsylvania Bar #: 325066
The Consumer Lawyers PLLC
501 E. Kennedy Blvd., Ste 610

Tampa, FL 33602  
Cell: (813) 299-8537  
Facsimile: (844) 951-3933  
Tav@theconsumerlawyers.com  
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 18th day of February, 2025 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/ Octavio Gomez**  
Octavio "Tav" Gomez  
Florida Bar No.: 0338620  
The Consumer Lawyers  
*Attorney for Plaintiff*